IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM RENEA COLLINS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:13-cv-472-MEF |
| SHERIFF JOHN WILLIAMS, *et al.*, | ) |
| Defendants. | ) |

## **O R D E R**

On August 21, 2013, the Magistrate Judge filed a Recommendation (Doc. #18) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. That the defendants' motion to dismiss the claims against defendant John Williams and against defendants Turner and Steele in their official capacities is GRANTED.

3. That, with respect to the plaintiff's remaining claims against defendants Turner and Steele in their individual capacities, the motion to dismiss is DENIED.

DONE this the 10th day of September, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE